# Exhibit F

**Exhibit F: Infringement of U.S. Patent No. 12,199,435**

Channing Street Copper Company ("Copper") sets forth the following allegations in this claim chart based upon information and belief after undergoing a reasonable investigation of all information practically obtainable without the aid of discovery.  Impulse Labs, Inc. ("Impulse" or "Impulse Labs") infringes one or more claims, including at least claim 11 of U.S. Patent No. 12,199,435 ("the '435 Patent").  The evidence in this chart originates from:

- https://support.impulselabs.com/
- https://www.impulselabs.com/
- User Manuals, tutorials, installation guides, and troubleshooting guides available at the URLs provided below
- YouTube videos regarding the Impulse Cooktop and Impulse

Upon information and belief, the descriptions in these websites and documents disclose functionality contained in Impulse Labs' Cooktop.

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| **[11.pre]**  A powered building system comprising: | To the extent the preamble is limiting, the Impulse Cooktop is configured to be and has been installed and operated by Impulse in a powered building system.<br><br>*E.g.:*<br><br>The Impulse Cooktop is plugged into an outlet as part of a powered building system to operate and charge its battery.  The Impulse Cooktop integrates electrical power management, battery storage, and load distribution within a building environment, like a residential home.<br><br>Impulse states on its website, under "Transforming the Home," that "[b]attery-integrated appliances provide power when and where you need it."  According to Impulse, these "battery-integrated appliances build energy reserves right into your home[,] [s]end power throughout your house as needed[,] [w]ithout the need for a separate and costly battery system." (https://www.impulselabs.com/about.) |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| |  (https://www.impulselabs.com/about.)<br><br>Impulse states that the "Impulse Cooktop is a step towards the energy independent home, where appliances across your house double as energy reserves."  Impulse describes the Impulse Cooktop as "a battery-integrated induction stove that can be plugged into just about any American kitchen without any upgrades."  The Impulse Cooktop "conveniently works with 120 V and 240V" outlets in a standard home and charges the battery.<br><br>At Impulse, we built a battery-integrated induction stove that can be plugged into just about any American kitchen without any upgrades. This battery can charge during off-peak times and then, when your utility sends you a notification that it's time to stop usage, you can simply run the stove on the already-charged battery. Not every appliance is battery-integrated (yet), but it's a powerful way to reduce your strain on the grid, save money, and still use your appliances when you want to.<br><br>(https://www.impulselabs.com/blog/demand-response-made-easy.)<br><br>Even with an integrated battery and built-in inverter, the Impulse cooktop fits into almost any standard countertop. And it conveniently works with 120 V and 240 V.<br><br>(https://www.impulselabs.com/product.) |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
|  | Impulse markets and advertises the Impulse Cooktop on its website as "[e]asy [to] install" within a home as a solution to problems in energy distribution in homes.<br><br>Easy install without any electrical panel upgrades.<br><br>Even with an integrated battery and built-in inverter, the Impulse cooktop fits into almost any standard countertop. And it conveniently works with 120 V and 240 V.<br><br>(https://www.impulselabs.com/product.)<br><br>The Impulse User Manual under "Intended Use" states that "[t]he appliance can only be used safely if it is correctly installed according to the installation instructions," and advises users to "[o]nly use this appliance to prepare meals and drinks, and in private households or enclosed spaces in a residential environment."  (User Manual at 5, *available at* https://support.impulselabs.com/Use-Care-Manual-232fa276f8e480aab00ef902b4b7a224?pvs=25.)  It also tells users to "[o]nly use this appliance in its intended form with the battery attached.  The cooktop should never be used without the battery installed."  (*Id*.)<br><br>In an interview with Ark Invest on YouTube, Sam D'Amico, the founder and CEO of Impulse, stated, "The goal here is that the stove use case is kind of the bait to get the battery into your house in some cases—like if you're thinking of a Trojan horse analogy. . . . Now once it's in your house, we've snuck a battery into your house and we can do a lot of the same things that all these energy storage companies can do."  *The Tesla of Appliances? Impulse Labs' CEO Sam D'Amico*, Ark Invest, https://www.youtube.com/watch?v=9C3G9yAHP3Y, at 20:20-22:15. |

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| **[11.a]** an electric power distribution system configured to distribute electrical power to a plurality of receptacles; | The Impulse Cooktop is configured to be and has been installed and operated in a powered building system comprising an electric power distribution system configured to distribute electrical power to a plurality of receptacles.<br><br>*E.g.*:<br><br>The Impulse Cooktop is plugged into an outlet as part of an electric power distribution system to operate and charge its battery.  That electric power distribution system is configured to distribute electrical power to a plurality of receptacles.<br><br>Impulse states on its website, under "Transforming the Home," that "[b]attery-integrated appliances provide power when and where you need it."  According to Impulse, these "battery-integrated appliances build energy reserves right into your home[,] [s]end power throughout your house as needed[,] [w]ithout the need for a separate and costly battery system." (https://www.impulselabs.com/about.)<br><br><br><br>(https://www.impulselabs.com/about.)<br><br>"Impulse's batteries mean that we get the best of both worlds.  Our batteries mean that we can attach to lower power circuits, store power slowly, and then release it quickly when you're cooking.  This makes our appliances *insanely* powerful — 5 times more powerful than the best |

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
|  | gas stoves on the market.  But it *also* means that we only use up a tiny bit of your panel's capacity: 15 amps."  (https://www.impulselabs.com/blog/what-your-electric-panel-actually-does.)<br><br><br>(https://www.impulselabs.com/blog/what-your-electric-panel-actually-does.)<br><br>The Impulse Cooktop is designed to plug into any standard outlet (a receptacle of the plurality of receptacles) of a user's home.  According to Impulse, the Impulse Cooktop is a "battery-integrated induction stove" that "conveniently works with 120 V and 240 V" outlets.  The Impulse Cooktop is part of an electric power distribution system distributing electrical power to a plurality of these standard outlets throughout the house.  Impulse describes the Impulse Cooktop as "a battery-integrated induction stove that can be plugged into just about any American kitchen without any upgrades."  The Impulse Cooktop "conveniently works with 120 V and 240 V" outlets in a standard home and charges the battery.<br><br>At Impulse, we built a battery-integrated induction stove that can be plugged into just about any American kitchen without any upgrades. This battery can charge during off-peak times and then, when your utility sends you a notification that it's time to stop usage, you can simply run the stove on the already-charged battery. Not every appliance is battery-integrated (yet), but it's a powerful way to reduce your strain on the grid, save money, and still use your appliances when you want to.<br><br>(https://www.impulselabs.com/blog/demand-response-made-easy.) |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| | Even with an integrated battery and built-in inverter, the Impulse cooktop fits into almost any standard countertop. And it conveniently works with 120 V and 240 V. <br><br> (https://www.impulselabs.com/product.) <br><br> "A custom LFP battery pack turns every appliance into a distributed energy asset. Products charge intelligently, deliver peak power from stored energy, and support demand response and time-of-use optimization — all from a standard 120V outlet." <br> (https://www.impulselabs.com/platform.) |
| **[11.b]**  one or more load sources; and | The Impulse Cooktop is configured to be and has been installed and operated in a powered building system comprising one or more load sources. <br><br> *E.g.*: <br><br> The Impulse Cooktop is a load source. <br><br> <br><br> (https://www.impulselabs.com/about.) |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| | Impulse explains that "a load is any device or appliance that uses electricity." <br><br> ## What is a "load" and how is it shifted? <br><br> To keep things simple, a load is any device or appliance that uses electricity: your TV, your iPhone charger, your dishwasher. Just like your appliances have physical weight, they also have a "weight" on the grid — meaning they all use different amounts of energy. <br><br> (https://www.impulselabs.com/blog/what-load-shifting-actually-means.) <br><br> "The stove arrives with the 120 V cable assembled.  Max Connected Load: 120 V: 1.5 kW, 240 V: 2 kW." <br> (Installation Guide at 24-25, *available at* https://support.impulselabs.com/Installation-Guide-232fa276f8e4809d8b8df9ca357e0e45.) |
| [11.c]  one or more battery systems associated with:  a respective receptacle of the plurality of receptacles, and a respective load source of the one or more load sources, | The Impulse Cooktop is configured to be and has been installed and operated in a powered building system comprising one or more battery systems associated with:  a respective receptacle of the plurality of receptacles, and a respective load source of the one or more load sources. <br><br> *E.g.:* <br><br> The Impulse Cooktop is a load source, and Impulse advertises that its Impulse Cooktop has "[a] powerful integrated battery + state of the art induction." |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| |  <br><br> (https://www.impulselabs.com/about.) <br><br> The Impulse Cooktop has "energy storage built in" a battery system.  "A custom LFP battery pack turns every appliance into a distributed energy asset. Products charge intelligently, deliver peak power from stored energy, and support demand response and time-of-use optimization — all from a standard 120V outlet." <br><br>  <br><br> (https://www.impulselabs.com/platform.) |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
|  | The Impulse Cooktop has an integrated battery system associated with the load source.<br><br><br><br>(https://www.impulselabs.com/platform.)<br><br>"With the integrated battery that can slowly charge up when you're not using it, and then quickly release that energy when you turn up a burner." (https://www.impulselabs.com/faqs.)<br><br>The battery system of the Impulse Cooktop is connected to the electrical power distribution system of the home via a power cable plugging into an outlet or receptacle. |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| | **5.2. ASSEMBLING THE POWER CABLE**<br><br>The stove arrives with the 120 V cable assembled. A 240 V cable is provided separately.<br><br>**FOR 120 V CONNECTION**<br>› The stove arrives with the 120 V cable assembled. If the 120 V cable needs to be re-assembled, follow the instructions below.<br>› **STEP 1:** Remove the 3 screws holding the ring terminals. Keep the screws in a safe place for reinstallation. **[Figure.19]**<br>› **STEP 2:** Match the 120 V wiring to the diagram labeled on the stove and in **[Table 1]**. Use the saved screws to fasten ring terminals. Torque screws to 35 – 50 in-lbs.<br>› **STEP 3:** Align the terminal panel to the underside of the cooktop according to the diagram. Ensure the tabs are fully seated in the corresponding holes in the terminal panel. Secure the terminal panel using a cross-head screwdriver and 4 panel screws. **[Figure.17]**<br>› **STEP 4:** After completing remaining assembly steps and installing the cooktop into the countertop, connect the 120 V plug to the power supply.<br><br>**FOR 240 V CONNECTION**<br>**CAUTION**<br>› **STEP 1:** Verify stove is not plugged in and the power supply is shut off.<br>› **STEP 2:** Before installing, turn power OFF at the service panel.<br>› **STEP 3:** Lock service panel to prevent power from being turned ON accidentally.<br>› **STEP 4:** Disconnect the 120 V cable:<br>› Remove the 4 screws securing the terminal panel using a cross-head screwdriver. Keep the screws in a safe place for reinstallation in step 5. **[Figure.16]**<br>› Remove the 3 screws holding the ring terminals and detach the 120 V cable.<br>› **STEP 5:** Match the 240 V wiring per the diagram next to the panel on the stove and in **[Table 1]**. No neutral (grounded conductor) is required for 240 V connections. Use the saved screws to fasten ring terminals. Torque screws to 35 – 50 in-lbs. **[Figure.20]**<br>› **STEP 6:** Align the terminal panel to the underside of the cooktop according to the diagram. Ensure the tabs are fully seated in the corresponding holes in the terminal panel. Secure the terminal panel using a cross-head screwdriver and 4 panel screws. **[Figure.18]**<br><br>(Installation Guide at 25, *available at* https://support.impulselabs.com/Installation-Guide-232fa276f8e4809d8b8df9ca357e0e45.)<br><br>But at Impulse, we've built a stove that simply plugs into the outlets you already have in your kitchen. This means you don't have to tear down any walls or install a new panel in your house: you just plug and play.<br><br>(https://www.impulselabs.com/blog/plug-and-play-electrification.) |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
|  | The Impulse FAQs page states the "power requirements" are a "120 V / 15 A (NEMA 5-15P plug) or 240 V circuit."  (https://www.impulselabs.com/faqs.)  The Home page states "Power input requirements 120 V, 15 A or 240 V, 10-30 A."  (https://www.impulselabs.com/home.) |
| [11.d]  wherein the one or more battery systems include:  a first battery system associated with a first load source and with a first receptacle of the plurality of receptacles, | The Impulse Cooktop is configured to be and has been installed and operated in a powered building system comprising one or more battery systems including a first battery system associated with a first load source and a first receptacle of the plurality of receptacles.<br><br>*E.g.:  See supra* [11.c]. |
| [11.e]  the first battery system comprising a first battery configured to obtain and store power from the first receptacle of the plurality of receptacles, | The Impulse Cooktop's battery system comprises a first battery configured to obtain and store power from the first receptacle of the plurality of receptacles.<br><br>*E.g.:*<br><br>"Powered by a 3 kWh integrated battery, it delivers up to 10,000 watts of peak power per burner. . . . Power input requirements 120 V, 15 A or 240 V, 10–30 A." (https://www.impulselabs.com/home.)<br><br>Impulse states that the "Impulse Cooktop is a step towards the energy independent home, where appliances across your house double as energy reserves."  Impulse describes the Impulse Cooktop as "a battery-integrated induction stove that can be plugged into just about any American kitchen without any upgrades."  The Impulse Cooktop "conveniently works with 120 V and 240V" outlets in a standard home and charges the battery.<br><br>At Impulse, we built a battery-integrated induction stove that can be plugged into just about any American kitchen without any upgrades. This battery can charge during off-peak times and then, when your utility sends you a notification that it's time to stop usage, you can simply run the stove on the already-charged battery. Not every appliance is battery-integrated (yet), but it's a powerful way to reduce your strain on the grid, save money, and still use your appliances when you want to.<br><br>(https://www.impulselabs.com/blog/demand-response-made-easy.) |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| | Even with an integrated battery and built-in inverter, the Impulse cooktop fits into almost any standard countertop. And it conveniently works with 120 V and 240 V.<br><br>(https://www.impulselabs.com/product.)<br><br>Impulse advertises that its Impulse Cooktop has "[a] powerful integrated battery + state of the art induction."<br><br><br><br>(https://www.impulselabs.com/about.)<br><br>The Impulse Cooktop has "energy storage built in." "A custom LFP battery pack turns every appliance into a distributed energy asset. Products charge intelligently, deliver peak power from stored energy, and support demand response and time-of-use optimization — all from a standard 120V outlet." |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| | **3+ kWh**<br><br>**Energy Storage Built In**<br><br>A custom LFP battery pack turns every appliance into a distributed energy asset. Products charge intelligently, deliver peak power from stored energy, and support demand response and time-of-use optimization — all from a standard 120V outlet.<br><br>(https://www.impulselabs.com/platform.)<br><br>The Impulse Cooktop's battery is configured to obtain and store power from the receptacle. The Impulse Cooktop is connected to the electrical power distribution system of the home via a power cable plugging into an outlet or receptacle. |

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| | **5.2. ASSEMBLING THE POWER CABLE**<br><br>The stove arrives with the 120 V cable assembled. A 240 V cable is provided separately.<br><br>**FOR 120 V CONNECTION**<br>› The stove arrives with the 120 V cable assembled. If the 120 V cable needs to be re-assembled, follow the instructions below.<br>› **STEP 1:** Remove the 3 screws holding the ring terminals. Keep the screws in a safe place for reinstallation. [**Figure.19**]<br>› **STEP 2:** Match the 120 V wiring to the diagram labeled on the stove and in [**Table 1**]. Use the saved screws to fasten ring terminals. Torque screws to 35 – 50 in-lbs.<br>› **STEP 3:** Align the terminal panel to the underside of the cooktop according to the diagram. Ensure the tabs are fully seated in the corresponding holes in the terminal panel. Secure the terminal panel using a cross-head screwdriver and 4 panel screws. [**Figure.17**]<br>› **STEP 4:** After completing remaining assembly steps and installing the cooktop into the countertop, connect the 120 V plug to the power supply.<br><br>**FOR 240 V CONNECTION**<br>**CAUTION**<br>› **STEP 1:** Verify stove is not plugged in and the power supply is shut off.<br>› **STEP 2:** Before installing, turn power OFF at the service panel.<br>› **STEP 3:** Lock service panel to prevent power from being turned ON accidentally.<br>› **STEP 4:** Disconnect the 120 V cable:<br>› Remove the 4 screws securing the terminal panel using a cross-head screwdriver. Keep the screws in a safe place for reinstallation in step 5. [**Figure.16**]<br>› Remove the 3 screws holding the ring terminals and detach the 120 V cable.<br>› **STEP 5:** Match the 240 V wiring per the diagram next to the panel on the stove and in [**Table 1**]. No neutral (grounded conductor) is required for 240 V connections. Use the saved screws to fasten ring terminals. Torque screws to 35 – 50 in-lbs. [**Figure.20**]<br>› **STEP 6:** Align the terminal panel to the underside of the cooktop according to the diagram. Ensure the tabs are fully seated in the corresponding holes in the terminal panel. Secure the terminal panel using a cross-head screwdriver and 4 panel screws. [**Figure.18**]<br><br>(Installation Guide at 25, *available at* https://support.impulselabs.com/Installation-Guide-232fa276f8e4809d8b8df9ca357e0e45.) |
| **[11.f]** the first load source configured to operate with power obtained from both the first battery and the first receptacle. | The Impulse Cooktop is a load source configured to operate with power obtained from both the first battery and the first receptacle.<br><br>*E.g.:* |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| | "Powered by a 3 kWh integrated battery, it delivers up to 10,000 watts of peak power per burner. . . . Power input requirements 120 V, 15 A or 240 V, 10–30 A." (https://www.impulselabs.com/home.)<br><br>At Impulse, we built a battery-integrated induction stove that can be plugged into just about any American kitchen without any upgrades. This battery can charge during off-peak times and then, when your utility sends you a notification that it's time to stop usage, you can simply run the stove on the already-charged battery. Not every appliance is battery-integrated (yet), but it's a powerful way to reduce your strain on the grid, save money, and still use your appliances when you want to.<br><br>(https://www.impulselabs.com/blog/demand-response-made-easy.)<br><br>How long will the battery work during an outage?  −<br><br>The 3 kWh battery can power the stove for at least three meals on a full charge, helping you get through power outages. Counterintuitively, many gas stoves don't work during outages due to safety features that require electricity to enable the gas valves and light the ignition.<br><br>(https://www.impulselabs.com/faqs.)<br><br>What is a battery-integrated appliance?  −<br><br>A new type of electric appliance with an embedded battery that works off of combined AC and DC power. Our vision encompasses appliances that are higher performance, easier to install, and provide storage at scale to support the grid.<br><br>(https://www.impulselabs.com/faqs.)<br><br>"Powered by a 3 kWh integrated battery. . . . With the integrated battery that can slowly charge up when you're not using it . . . . The Impulse Cooktop is designed to be compatible with 120V or 240V."  (https://www.impulselabs.com/product-with-variants.)<br><br>The Troubleshooting Guide explains that if the stove does not turn on, the user should both "[e]nsure the cooktop is connected to wall power" and "[e]nsure battery integration matches instructions."  Both the battery and the power supply to the outlet must be connected. |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
| | **PROBLEM / POSSIBLE CAUSE / POSSIBLE SOLUTION** |
| | **STOVE DOES NOT TURN ON** |
| | Tripped breaker — Check and reset the breaker. |
| | Power supply disconnected — Ensure the cooktop is connected to wall power. |
| | Battery is depleted — Connect the stove to wall power for 5-10 minutes before resuming normal operation. |
| | Battery not integrated properly — Ensure battery integration matches instructions. See page 21 in the Installation Guide. |
| | Stove not connected properly — Ensure installation matches instructions. See page 21 in the Installation Guide. |
| | (Troubleshooting Guide at 1, *available at* https://support.impulselabs.com/Troubleshooting-246fa276f8e48013a9c0f92ab487e343.) <br><br> "Electrical rating <br> AC only <br> Voltage: 120 V <br> Max current rating: 12.5 A <br> Max power rating: 1.5 kW <br> Voltage: 240 V <br> Max current rating: 8.3 A <br> Max OCPD rating: 30 A <br> Max power rating: 2 kW <br> Frequency: 60 Hz." <br> (User Manual at 21, *available at* https://support.impulselabs.com/Use-Care-Manual-232fa276f8e480aab00ef902b4b7a224?pvs=25.) <br><br> "Update automatically: When an update is available, the stove automatically downloads and installs the update overnight while connected to wall power and Wi-Fi."  (User Interface Guide at 10, *available at* https://support.impulselabs.com/User-Guide-246fa276f8e48082a40be84ef52ab48f.) |

Exhibit F - Infringement of U.S. Patent No. 12,199,435

| '435 Patent claim 11 | Impulse Cooktop Exemplary Disclosures |
|---|---|
|  | The Impulse Cooktop can also operate to "share power with the rest of the home similar to a home battery system."<br><br>Additionally, by putting many kWh (kilowatt-hours) of storage into your home via batteries, you can explicitly choose to charge only off of renewable energy – and shift home energy consumption to renewable sources even before the grid fully decarbonizes. The individual appliances also can be put to work to stabilize the grid, and enable the appliances themselves to work when the power is out. Depending on your utility and rate plan, this can even result in substantial savings on your electricity bill.<br><br>Lastly, we believe that this is a path towards deploying lots of energy storage onto the grid. Each appliance we make ships with a 3+ kWh battery pack (and is thus resistant to power outages) and an inverter to let that share power with the rest of the home, similar to a home battery system. With a full suite of appliances, the combined storage will rival centralized home battery systems.<br><br>(https://www.impulselabs.com/faqs.) |

Exhibit F - Infringement of U.S. Patent No. 12,199,435